UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO FOX, JR.,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 3261(a) and 2243(a) |

**THE GRAND JURY CHARGES:**

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The defendant, **ARMANDO FOX, JR.**, was employed by the Armed Forces outside the United States as defined by 18 U.S.C. § 3267(1), that is, he was a civilian employee of the Department of Defense, operating as a Maintenance Supervisor at Marine Corps Base (MCB) Camp Butler in Okinawa, Japan; was present and residing outside the United States in connection with such employment; and was not a national of, nor ordinarily resident in, Japan.

2. The defendant **ARMANDO FOX, JR.**, engaged in conduct outside the United States that would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

3. The last known residence of the defendant, **ARMANDO FOX, JR.**, prior to his arrival in Japan, was in Pataskala, Ohio, within the Southern District of Ohio. Venue for the trial of the offense charged in this Indictment lies within the Southern District of Ohio, pursuant to 18 U.S.C. § 3238.

## COUNT 1
### (Sexual Abuse of a Minor)

4. The General Allegations of this Indictment are hereby re-alleged and incorporated by reference herein.

5. Between in or about May 2013, and in or about December 2014, the defendant, **ARMANDO FOX, JR.**, did knowingly engage in a sexual act with another person, MINOR VICTIM 1, whose identity is known to the Grand Jury, who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than the defendant.

**In violation of 18 U.S.C. §§ 2243(a) and 3261(a).**

**A TRUE BILL.**

*s/ Foreperson*
**FOREPERSON**

**STEVEN GROCKI**
**Chief**
**Child Exploitation and Obscenity Section**
**U.S. Department of Justice**

**JESSICA L. URBAN (DC 1008742)**
**Trial Attorney**
**Child Exploitation and Obscenity Section**
**U.S. Department of Justice**

**KELLY A. NORRIS**
**Acting United States Attorney**

**TYLER J. AAGARD (NC 54735)**
**JENNIFER M. RAUSCH (0075138)**
**Assistant United States Attorneys**

2